# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-1101

_____

Cecilio Tamayo Contreras; Eva Yolanda Tamayo

*Petitioner*s

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: November 7, 2013
Filed: November 8, 2013
[Unpublished]

_____

Before SMITH, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

El Salvadoran citizens Cecilio Tamayo Contreras and Eva Yolanda Tamayo petition for review of an order of the Board of Immigration Appeals (BIA), which upheld an immigration judge's (IJ's) denial of special rule cancellation of removal under the Nicaraguan and Central American Relief Act. After careful consideration, we conclude that petitioners' arguments regarding Contreras's eligibility for special

rule cancellation of removal are unreviewable.  See Molina Jerez v. Holder, 625 F.3d 1058, 1068-69 (8th Cir. 2010).  We further conclude that factual errors mistakenly included in the IJ's written decision--which the BIA corrected--do not warrant a remand.  See United States v. Timley, 507 F.3d 1125, 1131 (8th Cir. 2007) (declining to remand case where it would be futile and waste of judicial resources).

Accordingly, we deny the petition.  See 8th Cir. R. 47B.

_____